United States District Court
Southern District of Texas
**ENTERED**
September 13, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JESUS SOLIZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:22-CV-00238 |
| | § | |
| BRYAN COLLIER, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On August 8, 2023, United States Magistrate Judge Jason B. Libby issued his "Memorandum and Recommendation" (M&R, D.E. 21), recommending that Respondents' Motion for Summary Judgment (D.E. 15) be granted and that this habeas corpus action be dismissed and that a certificate of appealability be denied. The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's M&R is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's M&R. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's M&R (D.E. 21), and all other relevant documents in the record, and

finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, Respondent's motion for summary judgment (D.E. 15) is **GRANTED** and this action is **DISMISSED**. In the event that Petitioner requests a Certificate of Appealability, that request is **DENIED**.

      **ORDERED** on September 13, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE